U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
R# 4682023171
2020 SEP 28 PM 3:45
2:20-cv-147
CLERK
BY Lhw
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF VERMONT**

Robert E. Snelgrove, Plaintiff        Docket # 339-12-08 Oscv
VS                                     Newport, Vermont
Herman LeBlanc, Defendant              September 19, 2020

## NOTICE OF REMOVAL

Defendant Herman LeBlanc, thru David LeBlanc Court Appointed Guardian, REMOVES Docket # 339-12-08 Oscv from Vermont Superior Court to the United States District Court of Vermont pursuant to 28 U.S.C. §1331 FEDERAL QUESTION: The District Court shall have original jurisdiction of all civil action arising under the Constitution, Laws, or Treaties of the United States

28 U.S.C. §1332 Diversity of Citizenship: AMOUNT IN CONTROVERY: COSTS

## STATEMENT OF CASE

1) On December 24, 2008 Plaintiffs James LeBlanc, Christin LeBlanc Fortin, David LeBlanc, Jacques LeBlanc, and Herman LeBlanc bring a Civil Action against Robert E. Snelgrove (Exhibit K). Duncan Frey Kilmartin, Attorney for the Plaintiff's leaves the LeBlanc's hanging.
2) In Superior Court of Vermont William W. Cobbs filed Plaintiffs' Motion for Summary Judgement December 3, 2012 and Memorandum as to Retaining Wall Encroachments October 18, 2013 (Exhibit H)
3) Judge Rainville's Ruling filed August 18, 2014 Vermont Superior Court, Orleans Unit (Exhibit I). Page 11 D. Attached hereto and incorporated herein as a plan detail prepared by Mr. Clark showing the location of the Boundary as described above. (Exhibit 1-2-3: See #3) The detail plan is not dated, signed, nor is the license number on it. Please see Docket # 161-7-17 Oscv September 15, 2017 (Exhibit A-Packet #1), Page 50, Line 23 The Court: Okay and is there a date on the Survey? Chris Roy: The Revision of the Survey.... does not include the revision date. If there is no date this survey is not legal.
4) In the Supreme Court Docket #2014-160 Appeal from the Vermont Superior Court, Civil Division, Orleans Unit 339-12-08 Oscv (Exhibit X) Page 12 Paragraphs 1-2: the LeBlanc's have a right to a Jury on the boundary. D'Orazio v. Pashby, 102nVt. 480, 486-87 (1930) (question of establishment of property line one of fact for the jury). Page 15 IV.: THE TRIAL COURT WRONGLY APPLIED COLLATERAL ESTOPPEL AGAINST HERMAN, WHO WAS NOT A PARTY TO THE PREVIOUS TRIAL AND THEREFORE HAD NO OPPORTUNITY TO LITIGATE BOUNDARY ISSUES. Herman and I are Motioning for a Jury Trial (Exhibit N)

5) Entry Regarding Motion (Exhibit S) The Court clarifies that Plaintiff David LeBlanc's allegations of trespass and Demand for Monetary Damages survives Partition. The fact is there is admission to trespass from Robert Snelgrove in Transcript. Herman LeBlanc and David LeBlanc working pro see gave the court evidence that Herman was living on the property paying the Taxes and Insurance. Page 4 Paragraph 2: "The location of the boundaries is no longer in dispute and thus any trial will utilize the boundary determination made by Judge Rainville." The Boundary is where the Licensed Surveyors' showed them. (Exhibits 1-2 of Exhibits 1-2-3) Judge Rainville's Survey Plan is undated, unsigned, and has no License Number. (Exhibit 3 of Exhibits 1-2-3)
6) Remand from the Supreme Court 2015 VT 112 No. 2014-160 (Exhibit J) Page 1 ¶1. The LeBlanc's have a right to a Jury Trial on Remand from the Supreme Court.
7) Plaintiff's Motion for site visit at Jury Trial (Exhibit N) This Motion was filed June 16, 2020, to date neither Herman LeBlanc or me (David LeBlanc) have <u>not</u> received a response, we feel the Motion is being ignored by the Court.
8) Surveys Exhibits 1-2-3
    Exhibit 1: Norbert A Blais/License #409/June 27, 2009
    Exhibit 2: Shane B Clark/License #703/February 13, 2009
    Exhibit 3: Rainville's Revision/NO Date-NO Signature-NO License Number

*Dave LeBlanc* Pro See
David N. LeBlanc Court Appointed Guardian Defendant

Herman LeBlanc Pro see