UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 DEC 23  PM 1:54

CLERK

BY ___pjl___
DEPUTY CLERK

HERMAN LeBLANC,                        )
CHRISTINE LeBLANC FORTIN,              )
JAMES LeBLANC and                      )
JACQUES LeBLANC,                       )
    Plaintiffs,                        )
                                       )
v.                                     )   Case No. 5:20-cv-147
                                       )
ROBERT E. SNELGROVE,                   )
                                       )
    Defendant.                         )

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### (Docs. 2, 3)

The Magistrate Judge issued a Report and Recommendation (R&R) on November 5, 2020. (Doc. 3.) No objections to the R&R have been filed. After careful review of the file and the Magistrate Judge's reasoning, the court adopts the R&R. *See* 28 U.S.C. § 636(b)(1).

Plaintiff Herman LeBlanc, along with other Plaintiffs, first filed this action relating to a boundary dispute between Plaintiffs and Defendant in state court on December 24, 2008. (Doc. 2-1; Doc. 2-2 at 3.) Defendant filed an Answer and Counterclaim against Plaintiffs on February 18, 2009. (Doc. 2-3; Doc. 2-2 at 4.) Plaintiff Herman LeBlanc removed the case to this court on September 28, 2020 (Doc. 3 at 3.)

For the reasons stated in the R&R, this Notice of Removal was untimely under 28 U.S.C. § 1446. This defect in removal procedure is grounds for remand under 28 U.S.C. § 1447(c). In addition, as a plaintiff in the original action, LeBlanc was not authorized to remove the action under 28 U.S.C. § 1441. As recommended by the R&R, Plaintiff's Motion to Remand (Doc. 2) is GRANTED.

SO ORDERED.

Dated at Rutland, in the District of Vermont, this 23rd day of December, 2020.

_____
Geoffrey W. Crawford, Chief Judge
United States District Court